■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LEON ROWLAND, Appellant.— Judgment of conviction unanimously affirmed. The court finds that the cross-examination was excessive and unauthorized, but that the proof of defendant's guilt was overwhelming. Under the circumstances, the judgment should be affirmed under section 542 of the Code of Criminal Procedure. Concur — Breitel, J. P., McNally, Stevens, Eager and Staley, JJ.

■ MANDEL PLASTIC BUTTON CORP. et al., Plaintiffs, v. CITY OF NEW YORK, Defendant and Third-Party Plaintiff-Respondent. ESTHER BLECHMAN, Third-Party Defendant-Appellant.— Order, entered on September 28, 1964, denying a motion by the third-party defendant to dismiss the third-party complaint, unanimously affirmed, with $30 costs and disbursements to respondent. (See *Braun* v. *City of New York*, 17 A D 2d 264, 267.) Concur — Breitel, J. P., McNally, Stevens, Eager and Staley, JJ.

■ In the Matter of ELEANOR BARRON CHAPTER, NFND, Petitioner, v. IRA M. BALL et al., Constituting the Bingo Control Commission of the State of New York, Respondents.— Determination of respondents revoking the bingo license of petitioner unanimously confirmed and the petition dismissed, with $30 costs and disbursements to the respondents on the authority of *Matter of Inwood Post* v. *State Bingo Control Comm.* (22 A D 2d 884). Concur — Breitel, J. P., McNally, Stevens, Eager and Staley, JJ.

■ In the Matter of JOSEPH DONOHUE, Petitioner, v. CLERK OF NEW YORK COUNTY, Respondent.— Motion for leave to inspect, copy and extract information from New York County Clerk's records pertaining to jurors denied in all respects. Concur — Rabin, J. P., Valente, McNally and Steuer, JJ.; Stevens, J., dissents in part and votes to grant the motion to the extent of allowing Items 1, 2, 3 and 4.

## (February 11, 1965)

■ THE PEOPLE OF THE STATE OF NEW YORK v. FRANK RAMIREZ TORRES.— Motion granted and the Clerk of the Supreme Court, New York County, is directed to furnish to defendant, without cost, a copy of the minutes of the *voir dire* examination of the panel of special jurors called upon defendant's trial. Concur — Breitel, J. P., Rabin, Valente, Stevens and Staley, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. HYMAN POWELL.— Motion to dismiss appeal granted. The appeal is dismissed since under section 517 of the Code of Criminal Procedure no appeal to this court lies from an order denying a motion for resentence. Concur — Breitel, J. P., Rabin, Valente, Stevens and Staley, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. HERMAN STROUD.— Motion to dismiss appeal granted. The appeal is dismissed as untimely taken under section 521 of the Code of Criminal Procedure. Concur — Breitel, J. P., Rabin, Valente, Stevens and Staley, JJ.